**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CASEY CASTON**                                                     **PLAINTIFF**

**v.**                                          **No. 4:12CV32-A-V**

**WARDEN JOANNE HARRIS, ET AL.**                     **DEFENDANTS**

**FINAL JUDGMENT**

Having considered the file and records in this action, the court finds that the Report and Recommendation [Doc. 81] of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The magistrate judge's Report and Recommendation [Doc. 81] should therefore be approved and adopted as the opinion of the court. It is ordered:

1. That the Report and Recommendation [Doc. 81] of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That judgment be entered for the defendants, and

3. That this case is **CLOSED**.

**SO ORDERED**, this, the 21st day of October, 2013.

                                                                            **/s/ Sharion Aycock**
                                                                            **U.S. DISTRICT JUDGE**